IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUSTIN WAYNE BEEBE,

        Petitioner,               No. 2:12-cv-0155 JFM (HC)

    vs.

F. CHAVEZ,

        Respondent.         <u>ORDER</u>

                              /

        Examination of this action and the court's records reveals that the petitioner has previously filed a petition for relief in the same matter.[1] (No. CIV 2:11-cv-2241-KJN.) Pursuant to Local Rule 190(d), the above-captioned action will be reassigned to the Magistrate Judge who considered the prior petition.

        The parties should be aware that reassigning this action under Local Rule 190(d) merely has the result that the action is assigned to the Magistrate Judge who considered the prior petition; no consolidation of the actions is effected.

/////

/////

---

[1] A court may take judicial notice of court records. See <u>MGIC Indem. Co. v. Weisman</u>, 803 F.2d 500, 505 (9th Cir. 1986); <u>United States v. Wilson</u>, 631 F.2d 118, 119 (9th Cir. 1980).

1

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. This action is reassigned to Magistrate Judge Kendall J. Newman for all
3  further proceedings; henceforth, the caption on documents filed in this action shall be shown as
4  No. CIV 2:12-cv-155-KJN; and

5  2. The Clerk of the Court shall make appropriate adjustment in the assignment of
6  civil cases to compensate for this reassignment.

7  DATED: April 10, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

/014;beeb0155.190